**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

KHALIL K. HAMMOND,

      Plaintiff,

    v.

SUPERINTENDENT MICHAEL
ZAKEN; *et al.*,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

2:23-cv-1151

## <u>ORDER</u>

This *pro se* civil-rights case was referred to Magistrate Judge Christopher B. Brown for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and the Local Rules of Court applicable to Magistrate Judges.  Pending before the Court is an R&R filed by Magistrate Judge Brown.  ECF 111.  He recommended that certain claims be dismissed with prejudice, others be allowed to proceed, and that the preliminary-injunction motion be denied.

Mr. Hammond filed a motion for leave to file objections out of time on April 21, 2026.  ECF 116.  The Court hereby grants leave, and considers the objections that were attached to the motion for leave.  On *de novo* review, the Court overrules the objections.

First, Mr. Hammond objects to dismissal of claims he has already brought as part of a pending class action in the Middle District.  ECF 116 at 2–3.  The Court agrees with Judge Brown that his claims here are duplicative of the ones in that case. ECF 111 at 22–23.  Mr. Hammond can't bring the same lawsuit against the same Defendants at the same time in two different courts.  *See E.E.O.C. v. Univ. of*

1

*Pennsylvania*, 850 F.2d 969, 971 (3d Cir. 1988), *aff'd*, 493 U.S. 182 (1990).   Mr. Hammond argues that some aspects of his claims here might be unique, but the Court doesn't identify any material differences, and if there are some minor differences in the claims, that can also be sorted out in the Middle District case, potentially at the class-certification stage or through a motion to sever certain claims there.[1]

Second, Mr. Hammond objects to the denial of the preliminary injunction.   The Court agrees again with Judge Brown that denial was proper as the requested relief went more to the ultimate merits of the Middle District case, and, so, if raised, should be raised in that case.

For these reasons, the Court adopts the R&R (ECF 111) as the opinion of the Court.

BY THE COURT:

Dated: August 6, 2026                   /s/ J. Nicholas Ranjan
                                        United States District Judge

CC:
Khalil Hammond
KC9993
SCI PHOENIX
1200 Mokychic Drive
Collegeville, PA 19426

---

[1] Mr. Hammond is right that this case was brought before the class action.   But the operative complaint here was filed after the operative complaint in the Middle District case.   ECF 111 at 22.   That timing, plus the fact that the other case is a counseled case and a class action (in which Mr. Hammond is a named plaintiff and therefore a fiduciary of the class), weighs in favor of this case yielding to that one.

2